# United States Bankruptcy Court
### Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | Antonio Ivezaj<br>Sofija Nikic<br>Debtor(s) | Case No.<br>Chapter | **09-78189-mbm**<br>**7** |

## MOTION TO EXCUSE DEBTOR ANTONIO IVEZAJ FROM 341 MEETING OF CREDITORS HEARING

Debtors, by and through Their attorneys, WILLIAM C. BABUT, DONALD C. WILSON, J. GREGORY FRYE and/or NATHANIEL H. HERDT, states as follows:

1. The above-captioned Chapter 7 case was filed on December 15, 2009.

2. The Section 341 Meeting of Creditors is scheduled for January 27, 2010, at 1:00 p.m. in Detroit.

3. That one of the Debtors, Antonio Ivezaj can not attend his hearing because he is currently incarcerated in Pennsylvania.

4. The co-filing Debtor, Sofija Nikic has completed knowledge of her husband's financial history and will attend the hearing.

THEREFORE, Debtors request this Honorable Court excuse Debtor Antonio Ivezaj only from the Section 341 Meeting of Creditors.

Attorney  /s/ Donald C. Wilson
          **Donald C. Wilson**
          **William C. Babut, P.C.**
          **700 Towner Street**
          **Ypsilanti, MI  48198**
          **734-485-7000**
          **pmontgomery@babutlaw.com**
          **P59433**

**United States Bankruptcy Court**
Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | Antonio Ivezaj<br>Sofija Nikic | Case No. | **09-78189-mbm** |
| | Debtor(s) | Chapter | **7** |

# NOTICE OF MOTION TO EXCUSE DEBTOR
# FROM HIS 341 MEETING OF CREDITORS HEARING

Debtors have filed papers with the court for a Motion to Excuse Debtor from his 341 Meeting of Creditors Hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter this order, or if you want the court to consider your views on the motion. Within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
      United States Bankruptcy Court
      211 W. Fort Street, Suite 2100
      Detroit, MI 48226-3211

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| William C. Babut | Kenneth Nathan |
| Donald C. Wilson | Chapter 7 Trustee |
| 700 Towner Street | 260 Franklin Center |
| Ypsilanti, MI 48198 | 29100 Northwestern Highway |
| | Southfield, MI 48034 |

U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226-3211

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Attorney  /s/ Donald C. Wilson
      **Donald C. Wilson**
      **William C. Babut, P.C.**
      **700 Towner Street**
      **Ypsilanti, MI 48198**
      **734-485-7000**
      **pmontgomery@babutlaw.com**
      **P59433**

# United States Bankruptcy Court
### Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | Antoio Ivezaj / Sofija Nikic | Case No. | **09-78189** |
| | Debtor(s) | Chapter | **7** |

## NOTICE OF HEARING

Please take notice that a hearing on the Debtors

MOTION TO EXCUSE DEBTOR, ANTONIO IVEZAJ FROM HIS 341 MEETING OF CREDITORS HEARING

will be held in the courtroom of Judge Marci B. McIvor located on the eighteenth floor, United States courthouse, 211 W. Fort Street, Room 1875, Detroit, Michigan on _____ at _____ o'clock _.m.

Attorney /s/ Donald C. Wilson
**Donald C. Wilson
William C. Babut, P.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
pmontgomery@babutlaw.com
P59433**

**United States Bankruptcy Court**
Eastern District of Michigan

In re  Antonio Ivezaj
       Sofija Nikic _____    Case No. **09-78189**
                      Debtor(s)                Chapter  **7**

# ORDER EXCUSING DEBTOR ANTONIO IVEZAJ FROMHIS 341 MEETING OF CREDITORS HEARING

The Debtors having filed a motion to excuse him from his 341 Meeting of Creditors Hearing and no objections having been filed, and the Court being otherwise fully advised in the premises, and it appearing that no parties of interest will be prejudiced by the relief granted herein; not therefore

IT IS HEREBY ORDERED, that debtor, Antonio Ivezaj unable to appear at his Section 341 hearing scheduled for January 27, 2010.

IT IS HEREBY ORDERED that Debtor, Antonio Ivezaj be excused from his creditors hearing.

IT IS SO ORDERED.

Exhibit A

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Antonio Ivezaj / Sofija Nikic**  
Debtor(s)

Case No. **09-78189-M**  
Chapter **7**

## CERTIFICATE OF SERVICE

    I hereby certify that on **December 29, 2009**, a copy of **Motion to Excuse Debtor Antonio Ivezaj From 341 Meeting of Creditors Hearing, Notice of Motion to Excuse Debtor From 341 Meeting of Creditors Hearing, Blank Notice of Hearing, Exhibit A and matrix** was served electronically or by regular United States mail to all interested parties, to the Chapter 7 Trustee, to the U.S. Trustee and all creditors listed below.

**52-1 District Court**
**Afni, Inc.**
**Asset Acceptance Llc**
**Asset Acceptance Llc**
**Bank Of America**
**Barclays Bank Delaware**
**Cap One**
**Cap One**
**Central Macomb Comm C**
**Cfc Deficiency Recover**
**Chase**
**Chase**
**Chase**
**Chase**
**Chase**
**Chase**
**Chase Bank Usa, Na**
**Chrysler Financial**
**Chrysler Financial**
**Citi**
**Citifinancial Retail S**
**Discover Fin Svcs Llc**
**Enhanced Recovery Corp**
**Fifth Third Bank**
**Fifth Third Bank**
**First Premier Bank**
**Ford Cred**
**Ford Cred**
**Frd Motor Cr**
**Gemb/Best Buys**
**Gemb/Jcp**
**Gemb/L&T**
**Gemb/Mervyns**
**Hsbc Bank**
**Hsbc Bank**
**Hsbc Bank**
**Hsbc/Artvn**
**Hsbc/Rs**
**Huntington National Ba**
**IRS**
**Kohls/Chase**
**Lord&Taylor**
**Lvnv Funding Llc**
**Mcydsnb**

| |
|---|
| **Midland Credit Mgmt** |
| **Nco Fin/22** |
| **Nco Fin/22** |
| **Oxford Collection Serv** |
| **Rnb - Mflds** |
| **Sears/Cbsd** |
| **Sst/Cigpf1corp** |
| **Sst/Columbus Bank&Trus** |
| **State of Michigan** |
| **Washington Mutual Fa** |
| **Wfnnb/Dress Barn** |
| **Wfnnb/Express** |
| **Wfnnb/Express Structur** |
| **Wfnnb/New York & Compa** |
| **Wfnnb/Victorias Secret** |
| **Antonio Ivezaj and Sofija Nikic** |

**/s/ Patricia E. Montgomery**
**Patricia E. Montgomery**
**WILLIAM C. BABUT, P.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000 Fax:(734) 485-6251**
pmontgomery@babutlaw.com