| Label Matrix for local noticing | 52-1 District Court | Afni, Inc. |
| --- | --- | --- |
| 0645-2 | Case no: 03C03251GC | Po Box 3427 |
| Case 09-78189-mbm | 48150 Grand River | Bloomington, IL 61702-3427 |
| Eastern District of Michigan | Novi, MI 48374-1222 | |
| Detroit | | |
| Tue Dec 29 12:04:55 EST 2009 | | |
| | | |
| Asset Acceptance Llc | Bank Of America | Barclays Bank Delaware |
| Po Box 2036 | 301 Rockerimmon Blvd | 125 S West St |
| Warren, MI 48090-2036 | Colorado Springs, CO 80919-2303 | Wilmington, DE 19801-5014 |
| | | |
| Cap One | Central Macomb Comm C | Cfc Deficiency Recover |
| Po Box 85520 | 37570 S Gratiot Ave | 5225 Crooks Rd Ste 140 |
| Richmond, VA 23285-5520 | Clinton Township, MI 48036-2703 | Troy, MI 48098-2823 |
| | | |
| Chase | Chase | Chase Bank Usa, Na |
| 201 N Walnut St # Del-10 | Po Box 15298 | Po Box 15298 |
| Wilmington, DE 19801-2920 | Wilmington, DE 19850-5298 | Wilmington, DE 19850-5298 |
| | | |
| Chrysler Financial | Chrysler Financial | Citi |
| 5225 Crooks Rd Ste 140 | c/o Weltman, Weinberg & Reis | Po Box 6241 |
| Troy, MI 48098-2823 | 2155 Butterfield DR, Suite 200 | Sioux Falls, SD 57117-6241 |
| | Troy, MI 48084-3450 | |
| | | |
| Citifinancial Retail S | Discover Fin Svcs Llc | Enhanced Recovery Corp |
| Po Box 22066 | Po Box 15316 | 8014 Bayberry Rd |
| Tempe, AZ 85285-2066 | Wilmington, DE 19850-5316 | Jacksonville, FL 32256-7412 |
| | | |
| (p)FIFTH THIRD BANK | First Premier Bank | Ford Cred |
| MD# ROPS05 BANKRUPTCY DEPT | 601 S Minnesota Ave | Po Box Box 542000 |
| 1850 EAST PARIS SE | Sioux Falls, SD 57104-4868 | Omaha, NE 68154-8000 |
| GRAND RAPIDS MI 49546-6253 | | |
| | | |
| Frd Motor Cr | Gemb/Best Buys | Gemb/Jcp |
| Pob 542000 | Po Box 981439 | Po Box 984100 |
| Omaha, NE 68154-8000 | El Paso, TX 79998-1439 | El Paso, TX 79998-4100 |
| | | |
| Gemb/L&T | Gemb/Mervyns | Hsbc Bank |
| Po Box 981400 | Po Box 981400 | Po Box 5253 |
| El Paso, TX 79998-1400 | El Paso, TX 79998-1400 | Carol Stream, IL 60197-5253 |
| | | |
| Hsbc/Artvn | Hsbc/Rs | Huntington National Ba |
| Po Box 15524 | Pob 15521 | 7450 Huntington Prk Dr H |
| Wilmington, DE 19850-5524 | Wilmington, DE 19850-5521 | Columbus, OH 43235-5617 |

```
(p)INTERNAL REVENUE SERVICE        Antonio Ivezaj                    Kohls/Chase
CENTRALIZED INSOLVENCY OPERATIONS  2650 Honeywell Lake Road          N56 W 17000 Ridgewood Dr
PO BOX 21126                       Milford, MI 48380-2013            Menomonee Falls, WI 53051-5660
PHILADELPHIA PA 19114-0326


Lord&Taylor                        Lvnv Funding Llc                  Mcydsnb
P.O. B   1628                      Po Box 740281                     9111 Duke Blvd
Maryland Heigh, MO 63043-0628      Houston, TX 77274-0281            Mason, OH 45040-8999


Midland Credit Mgmt                Kenneth Nathan                    Nco Fin/22
8875 Aero Dr                       260 Franklin Center               507 Prudential Rd
San Diego, CA 92123-2251           29100 Northwestern Highway        Horsham, PA 19044-2308
                                   Southfield, MI 48034-1046


Sofija Nikic                       Oxford Collection Serv            Rnb - Mflds
2650 Honeywell Lake Road           135 Maxess Rd Ste 2a              Po Box 9475
Milford, MI 48380-2013             Melville, NY 11747-3801           Minneapolis, MN 55440-9475


Sears/Cbsd                         Sst/Cigpflcorp                    Sst/Columbus Bank&Trus
Po Box 6189                        4315 Pickett Rd                   Po Box 3997
Sioux Falls, SD 57117-6189         Saint Joseph, MO 64503-1600       Saint Joseph, MO 64503-0997


State of Michigan                  Washington Mutual Fa              Wfnnb/Dress Barn
Income Tax Refund                  Po Box 1093                       Po Box 182273
Michigan Department of Treasury    Northridge, CA 91328              Columbus, OH 43218-2273
P.O. Box 15128
Lansing, MI 48901-5128


Wfnnb/Express                      Wfnnb/Express Structur            Wfnnb/New York & Compa
Po Box 330066                      Po Box 330064                     220 W Schrock Rd
Northglenn, CO 80233-8066          Northglenn, CO 80233-8064         Westerville, OH 43081-2873


Wfnnb/Victorias Secret             Donald C. Wilson
Po Box 182128                      700 Towner Street
Columbus, OH 43218-2128            Ypsilanti, MI 48198-5724



        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Fifth Third Bank                   (d)Fifth Third Bank               IRS
38 Fountain Square Plz             Fifth Third Center                Cincinnati, OH 45999
Cincinnati, OH 45202               Cincinnati, OH 45263
```

```
End of Label Matrix
Mailable recipients    52
Bypassed recipients     0
Total                  52
```