**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**AFFIDAVIT FOR NON FILING OF INCOME TAXES**

      We, Antonio Ivezaj and Sofija Nikic, do so solemnly swear on this date, December, 30, 2009 that we have not been required to file income tax returns for the year 2007 for the reason that we were not employed during that year. Antonio Ivezaj was not required to file income tax returns for the year 2008 for the reason that he was not employed during that year

/s/Antonio Ivezaj
Antonio Ivezaj

/s/Sofija Nikic
Sofija Nikic