# United States Bankruptcy Court
### Eastern District of Michigan

In re **Antonio Ivezaj / Sofija Nikic**, Debtor(s)

Case No. **09-78189**
Chapter **7**

## CERTIFICATE OF COMPLIANCE
WITH L.B.R. 1007-1 (i) E.D.M. REGARDING PROVIDING COPIES OF PAYMENT ADVICES OR OTHER EVIDENCE OF INCOME RECEIVED FROM EMPLOYER(S) WITHIN THE SIXTY(60) DAY PERIOD IMMEDIATELY PRECEDING COMMENCEMENT OF CASE
And
WITH 11 U.S.C. 521 (e)(2)(A)(i) REGARDING PROVIDING COPY OF FEDERAL INCOME TAX RETURN (or transcript of such return) FOR MOST RECENT TAX YEAR ENDING IMMEDIATELY BEFORE COMMENCEMENT OF CASE

The undersigned Attorneys, attorneys of record for the Debtor(s) in the above captioned Bankruptcy case, hereby certify on behalf of the Debtor(s) herein, that as of the undersigned date, they have provided copies of the payment advices or other evidence of payment received from Debtor(s)' Employer(s) as required by L.B.R. 1007-1(i)., and a copy of Debtors tax return (or transcript of such tax return) for the most recently ended tax year as required copies to such Trustee at his/her address of record, by first class mail with postage fully prepaid for first class mailing.

Date **January 18, 2010**

Attorney **/s/ Donald C. Wilson**
Donald C. Wilson P59433
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
734-485-6251 fax
kim@babutlaw.com