# United States Bankruptcy Court
## Eastern District of Michigan

In re **Antonio Ivezaj / Sofija Nikic**, Debtor(s)

Case No. **09-78189-M**
Chapter **7**

## CERTIFICATE OF NO RESPONSE

I, Donald C. Wilson, certify under penalty of perjury that a:

MOTION TO EXCUSE DEBTOR ANTONIO IVEZAJ FROM HIS 341 MEETING OF CREDITORS HEARING

was filed and served on December 29, 2009, pursuant to LBR 9014-1 Fifteen (15) days have passed from the time of service and no responses or objections were filed and served as required by LBR 9014-1.

Dated: January 18, 2010

/s/ Donald C. Wilson
Donald C. Wilson
William C. Babut, P.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
pmontgomery@babutlaw.com
P59433