# United States Bankruptcy Court
## Eastern District of Michigan

In re    Antonio Ivezaj
        Sofija Nikic                            Case No.   **09-78189**
                                Debtor(s)          Chapter    **7**

## ORDER EXCUSING DEBTOR ANTONIO IVEZAJ FROMHIS 341 MEETING OF CREDITORS HEARING

The Debtors having filed a motion to excuse him from his 341 Meeting of Creditors Hearing and no objections having been filed, and the Court being otherwise fully advised in the premises, and it appearing that no parties of interest will be prejudiced by the relief granted herein; not therefore

IT IS HEREBY ORDERED, that debtor, Antonio Ivezaj unable to appear at his Section 341 hearing scheduled for January 27, 2010.

IT IS HEREBY ORDERED that Debtor, Antonio Ivezaj be excused from his creditors hearing.

IT IS SO ORDERED.

.

Signed on January 19, 2010

                            \_\_\_\_\_ \_\_/s/ Marci B. McIvor\_     \_\_\_\_
                                Marci B. McIvor
                                United States Bankruptcy Judge