B6F (Official Form 6F) (12/07)

In re **Antonio Ivezaj,**            Case No. **09-78189**
     **Sofija Nikic**
,
Debtors

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5234** <br><br> **Afni, Inc.** <br> **Po Box 3427** <br> **Bloomington, IL 61702** | | H | **Opened 5/19/09 Last Active 4/01/07** <br> **Collection At T Mobility** | | | | 444.00 |
| Account No. <br><br> **Allstate Insurance Company** <br> **Allstate Collections** <br> **75 Executive Parkway** <br> **Hudson, OH 44237-9989** | | J | **2008** <br> **judgment** | | | | 5,608.15 |
| Account No. **xxxxx xxx-xxxx1502** <br><br> **Asset Acceptance Llc** <br> **Po Box 2036** <br> **Warren, MI 48090** | | W | **Opened 3/24/09 Last Active 12/01/06** <br> **Collection Chase Bank** | | | | 18,211.00 |
| Account No. **xxxxxxxxx-xxxx8924** <br><br> **Asset Acceptance Llc** <br> **Po Box 2036** <br> **Warren, MI 48090** | | J | **Opened 12/01/07 Last Active 4/01/07** <br> **Collection Washington Mutual** | | | | 8,502.00 |
| __11__ continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | 32,765.15 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      S/N:26535-100309    Best Case Bankruptcy

In re **Antonio Ivezaj,**
**Sofija Nikic**
                                                                                        , 
Debtors

Case No. __**09-78189**__

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4930<br><br>**Bank Of America**<br>**301 Rockerimmon Blvd**<br>**Colorado Springs, CO 80919** | | W | Opened 12/14/01 Last Active 2/03/02<br>services | | | | Unknown |
| Account No. xxxxxxxx9825<br><br>**Barclays Bank Delaware**<br>**125 S West St**<br>**Wilmington, DE 19801** | | W | Opened 11/23/05 Last Active 12/01/05<br>services | | | | Unknown |
| Account No. xxxxxxxx1768<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | Opened 12/29/04 Last Active 5/01/07<br>ChargeAccount | | | | 857.00 |
| Account No. xxxxxxxx9100<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | W | Opened 8/27/99<br>revolving credit account | | | | Unknown |
| Account No. xxxxxxxx0003<br><br>**Central Macomb Comm C**<br>**37570 S Gratiot Ave**<br>**Clinton Township, MI 48036** | | J | Opened 6/18/03 Last Active 2/01/04<br>services | | | | Unknown |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**857.00**

In re **Antonio Ivezaj,** Case No. **09-78189**
**Sofija Nikic**
                                                                        ,
                                    Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7477** <br><br> **Cfc Deficiency Recover** <br> **5225 Crooks Rd Ste 140** <br> **Troy, MI 48098** | | W | **Opened 12/01/04  Last Active 11/13/08** <br> **Automobile** | | | | **10,327.00** |
| Account No. **xxxxxxxxxx4207** <br><br> **Chase** <br> **201 N Walnut St # De1-10** <br> **Wilmington, DE 19801** | | W | **Opened  9/11/03  Last Active  7/13/09** <br> **Automobile** | | | | **Unknown** |
| Account No. **xxxxxxxx0320** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | **Opened 11/25/05  Last Active  3/01/07** <br> **revolving credit account** | | | | **Unknown** |
| Account No. **xxxxxxxx7225** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | **Opened 11/05/04  Last Active 11/26/07** <br> **revolving credit account** | | | | **Unknown** |
| Account No. **xxxxxxxx1550** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | J | **Opened 10/17/02  Last Active  3/20/07** <br> **revolving credit account** | | | | **Unknown** |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,327.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
**Sofija Nikic**
                                                                          ,
Debtors

Case No. __09-78189__

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx4017**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened 12/13/01 Last Active 10/02/05**<br>**revolving credit account** | | | | **Unknown** |
| Account No. **xxxxxxxx5397**<br><br>**Chase**<br>**201 N Walnut St # De1-10**<br>**Wilmington, DE 19801** | | W | **Opened 8/16/03 Last Active 9/21/06**<br>**Automobile** | | | | **Unknown** |
| Account No. **xxxxxxxx0042**<br><br>**Chase Bank Usa, Na**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 9/15/98**<br>**services** | | | | **Unknown** |
| Account No. **xxxxxx7477**<br><br>**Chrysler Financial**<br>**5225 Crooks Rd Ste 140**<br>**Troy, MI 48098** | | W | **Opened 12/01/04 Last Active 7/31/07**<br>**Automobile** | | | | **Unknown** |
| Account No. **xxxxxx53-GC**<br><br>**Chrysler Financial**<br>**c/o Weltman, Weinberg & Reis**<br>**2155 Butterfield DR, Suite 200**<br>**Troy, MI 48084** | | J | **2008**<br>**summons and complaint** | | | | **10,125.41** |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,125.41**

In re **Antonio Ivezaj,**
**Sofija Nikic**

Case No. **09-78189**

Debtors

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2378**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | W | Opened 3/19/04 Last Active 3/20/07<br>ChargeAccount | | | | **11,976.00** |
| Account No. **xxxxxxxxxxxx0144**<br><br>**Citifinancial Retail S**<br>**Po Box 22066**<br>**Tempe, AZ 85285** | | W | Opened 4/01/02 Last Active 10/12/05<br>ChargeAccount | | | | **Unknown** |
| Account No. **xxxxxxxx0799**<br><br>**Consumers Energy**<br>**PO Box 30079**<br>**Lansing, MI 48937-0001** | | J | 2009<br>services rendered | | | | **2,585.27** |
| Account No. **xxxxxxxx9023**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | W | Opened 9/11/00 Last Active 4/01/01<br>revolving credit account | | | | **Unknown** |
| Account No. **xxxx6016**<br><br>**Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | H | Opened 6/24/08 Last Active 5/01/07<br>Collection Dish Network | | | | **407.00** |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **14,968.27**

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
**Sofija Nikic**                                                   Case No. __09-78189__
_____,
Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9802**<br><br>**Fifth Third Bank**<br>**38 Fountain Square Plz**<br>**Cincinnati, OH 45202** | | W | **Opened 8/01/01 Last Active 3/01/07**<br>**ChargeAccount** | | | | **841.00** |
| Account No. **xxxxx5886**<br><br>**Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | W | **Opened 5/05/04 Last Active 2/28/07**<br>**Mortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx8358**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | H | **Opened 5/21/06 Last Active 5/01/06**<br>**services** | | | | **Unknown** |
| Account No. **xxxx0935**<br><br>**Ford Cred**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | | H | **Opened 12/02/02 Last Active 1/27/05**<br>**Automobile** | | | | **Unknown** |
| Account No. **xxxx7058**<br><br>**Ford Cred**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | | W | **Opened 5/17/05 Last Active 10/02/07**<br>**Automobile** | | | | **Unknown** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **841.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
**Sofija Nikic**
                                                    , Case No. **09-78189**
Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0803** <br><br> **Frd Motor Cr** <br> **Pob 542000** <br> **Omaha, NE 68154** | | H | **Opened 10/02/00 Last Active 2/01/03** <br> **AutoLease** | | | | **Unknown** |
| Account No. **xxxxxxxx1760** <br><br> **Gemb/Best Buys** <br> **Po Box 981439** <br> **El Paso, TX 79998** | | W | **Opened 10/11/00 Last Active 1/20/02** <br> **ChargeAccount** | | | | **Unknown** |
| Account No. **-xx4486** <br><br> **Gemb/Jcp** <br> **Po Box 984100** <br> **El Paso, TX 79998** | | W | **Opened 10/06/04 Last Active 10/06/04** <br> **ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxx9646** <br><br> **Gemb/L&T** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | W | **Opened 10/01/01 Last Active 9/16/02** <br> **ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxxxx9134** <br><br> **Gemb/Mervyns** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | W | **Opened 12/23/00 Last Active 12/23/00** <br> **ChargeAccount** | | | | **Unknown** |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
**Sofija Nikic**

Case No. **09-78189**

Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4444<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 2/01/05 Last Active 12/01/06<br>ChargeAccount | | | | Unknown |
| Account No. xxxxxxxx0341<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | W | Opened 3/01/01<br>services | | | | Unknown |
| Account No. xxxxxxxx8850<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | W | Opened 12/23/02<br>services | | | | Unknown |
| Account No. xxxxxxxxxxxx6905<br><br>Hsbc/Artvn<br>Po Box 15524<br>Wilmington, DE 19850 | | W | Opened 5/26/01 Last Active 12/05/01<br>ChargeAccount | | | | Unknown |
| Account No. xxxxxxxx0064<br><br>Hsbc/Rs<br>Pob 15521<br>Wilmington, DE 19805 | | W | Opened 5/01/99 Last Active 7/01/99<br>ChargeAccount | | | | Unknown |

Sheet no. **7** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **Antonio Ivezaj,**
**Sofija Nikic**
_____,
Debtors

Case No. **09-78189**

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5899** <br><br>**HSW Financial Recovery. LLC**<br>**811 Dallas St.**<br>**Suite #800**<br>**Houston, TX 77002** | | **J** | **2009**<br>**services rendered** | | | | **14,683.49** |
| Account No. **xxxxxxx7398** <br><br>**Huntington National Ba**<br>**7450 Huntington Prk Dr H**<br>**Columbus, OH 43235** | | **J** | **Opened 9/29/00 Last Active 10/01/03**<br>**Automobile** | | | | **Unknown** |
| Account No. **xxxxxxxx9852** <br><br>**Kohls/Chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | **W** | **Opened 4/09/00 Last Active 5/01/00**<br>**services** | | | | **Unknown** |
| Account No. **x6140** <br><br>**Lord&Taylor**<br>**P.O. B 1628**<br>**Maryland Heigh, MO 63043** | | **W** | **Opened 10/01/01 Last Active 9/16/02**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx4444** <br><br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | **H** | **Opened 1/30/09 Last Active 12/01/06**<br>**Collection ldt-Hsbcorchard Stan** | | | | **909.00** |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **15,592.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
     **Sofija Nikic**

Case No. **09-78189**

Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3320**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Opened 2/01/01 Last Active 11/01/09**<br>**ChargeAccount** | | | | **83.00** |
| Account No. **xxxxxx7079**<br><br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | W | **Opened 8/29/08 Last Active 2/01/07**<br>**Collection Citibank Universal** | | | | **13,412.00** |
| Account No. **xxxx8234**<br><br>**Nco Fin/22**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | W | **Opened 6/15/08 Last Active 4/01/07**<br>**Collection Nco/Asgne Of At T** | | | | **1,306.00** |
| Account No. **xxxx0325**<br><br>**Nco Fin/22**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | **Opened 5/16/08 Last Active 3/01/07**<br>**Collection Nco/Asgne Of At T** | | | | **304.00** |
| Account No. **xxxxxx20N1**<br><br>**Oxford Collection Serv**<br>**135 Maxess Rd Ste 2a**<br>**Melville, NY 11747** | | H | **Opened 12/09/06 Last Active 4/23/07**<br>**Collection Cingular Wireless Ll** | | | | **Unknown** |

Sheet no. **9** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,105.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Ivezaj,**
**Sofija Nikic**
, Case No. **09-78189**
Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7310<br><br>**Rnb - Mflds**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | W | **Opened 2/03/01 Last Active 5/14/04**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx9905<br><br>**Sears/Cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | **Opened 12/23/99 Last Active 6/20/03**<br>**services** | | | | **Unknown** |
| Account No. xxxx0105<br><br>**Sst/Cigpf1corp**<br>**4315 Pickett Rd**<br>**Saint Joseph, MO 64503** | | H | **Opened 11/25/05 Last Active 12/01/07**<br>**Collection** | | | | **2,362.00** |
| Account No. xxxxxxxxxxxx8395<br><br>**Sst/Columbus Bank&Trus**<br>**Po Box 3997**<br>**Saint Joseph, MO 64503** | | H | **Opened 11/25/05 Last Active 4/01/07**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. xxxxxxxx0283<br><br>**Washington Mutual Fa**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | W | **Opened 4/28/04 Last Active 2/22/08**<br>**Mortgage** | | | | **Unknown** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,362.00**

09-78189-mbm    Doc 18    Filed 03/29/10    Entered 03/29/10 17:18:15    Page 11 of 17

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Antonio Ivezaj,**
**Sofija Nikic**

Case No. **09-78189**

Debtors

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8087<br><br>**Wfnnb/Dress Barn**<br>**Po Box 182273**<br>**Columbus, OH 43218** | | W | Opened 8/31/01 Last Active 10/11/01<br>ChargeAccount | | | | **Unknown** |
| Account No. xxxxxxxxxxxxx7268<br><br>**Wfnnb/Express**<br>**Po Box 330066**<br>**Northglenn, CO 80233** | | W | Opened 3/26/00 Last Active 11/01/09<br>ChargeAccount | | | | **103.00** |
| Account No. xxxxxxxxxxxxx9751<br><br>**Wfnnb/Express Structur**<br>**Po Box 330064**<br>**Northglenn, CO 80233** | | W | Opened 11/07/99 Last Active 4/03/00<br>ChargeAccount | | | | **Unknown** |
| Account No. xxxxx9524<br><br>**Wfnnb/New York & Compa**<br>**220 W Schrock Rd**<br>**Westerville, OH 43081** | | W | Opened 8/07/02 Last Active 3/27/08<br>ChargeAccount | | | | **Unknown** |
| Account No. xxxxxxxxxxxxx4399<br><br>**Wfnnb/Victorias Secret**<br>**Po Box 182128**<br>**Columbus, OH 43218** | | W | Opened 5/31/00 Last Active 9/30/09<br>ChargeAccount | | | | **Unknown** |

Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **103.00**

Total
(Report on Summary of Schedules) **103,046.32**

```
52-1 District Court
Case no: 03C03251GC
48150 Grand River
Novi, MI 48374


Afni, Inc.
Po Box 3427
Bloomington, IL 61702


Allstate Insurance Company
Allstate Collections
75 Executive Parkway
Hudson, OH 44237-9989


Asset Acceptance Llc
Po Box 2036
Warren, MI 48090


Bank Of America
301 Rockerimmon Blvd
Colorado Springs, CO 80919


Barclays Bank Delaware
125 S West St
Wilmington, DE 19801


Cap One
Po Box 85520
Richmond, VA 23285


Central Macomb Comm C
37570 S Gratiot Ave
Clinton Township, MI 48036


Cfc Deficiency Recover
5225 Crooks Rd Ste 140
Troy, MI 48098


Chase
201 N Walnut St # De1-10
Wilmington, DE 19801


Chase
Po Box 15298
Wilmington, DE 19850
```

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850


Chrysler Financial
5225 Crooks Rd Ste 140
Troy, MI 48098


Chrysler Financial
c/o Weltman, Weinberg & Reis
2155 Butterfield DR, Suite 200
Troy, MI 48084


Citi
Po Box 6241
Sioux Falls, SD 57117


Citifinancial Retail S
Po Box 22066
Tempe, AZ 85285


Consumers Energy
PO Box 30079
Lansing, MI 48937-0001


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Fifth Third Bank
38 Fountain Square Plz
Cincinnati, OH 45202


Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Ford Cred
Po Box Box 542000
Omaha, NE 68154


Frd Motor Cr
Pob 542000
Omaha, NE 68154


Gemb/Best Buys
Po Box 981439
El Paso, TX 79998


Gemb/Jcp
Po Box 984100
El Paso, TX 79998


Gemb/L&T
Po Box 981400
El Paso, TX 79998


Gemb/Mervyns
Po Box 981400
El Paso, TX 79998


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc/Artvn
Po Box 15524
Wilmington, DE 19850


Hsbc/Rs
Pob 15521
Wilmington, DE 19805


HSW Financial Recovery. LLC
811 Dallas St.
Suite #800
Houston, TX 77002


Huntington National Ba
7450 Huntington Prk Dr H
Columbus, OH 43235

IRS
Cincinnati, OH 45999


Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lord&Taylor
P.O. B  1628
Maryland Heigh, MO 63043


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123


Nco Fin/22
507 Prudential Rd
Horsham, PA 19044


Oxford Collection Serv
135 Maxess Rd Ste 2a
Melville, NY 11747


Rnb - Mflds
Po Box 9475
Minneapolis, MN 55440


Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117


Sst/Cigpf1corp
4315 Pickett Rd
Saint Joseph, MO 64503

Sst/Columbus Bank&Trus
Po Box 3997
Saint Joseph, MO 64503


State of Michigan
Income Tax Refund
Michigan Department of Treasury
P.O. Box 15128
Lansing, MI 48901


Washington Mutual Fa
Po Box 1093
Northridge, CA 91328


Wfnnb/Dress Barn
Po Box 182273
Columbus, OH 43218


Wfnnb/Express
Po Box 330066
Northglenn, CO 80233


Wfnnb/Express Structur
Po Box 330064
Northglenn, CO 80233


Wfnnb/New York & Compa
220 W Schrock Rd
Westerville, OH 43081


Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218